# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    THOMAS J. COLLINS, JR.　　　　　　　　　　Case No.: 5-16-03900-MJC
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**　　　　　**MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | MIDFIRST BANK |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | 229 Ridge Dr - PRE-ARREARS - 8994 |
| Property Address if applicable: | 229 RIDGE DRIVE, , MILFORD, PA18337 |

**PART 2:**　　　　　**CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $145.89 |
| b. | Prepetition arrearages paid by the Trustee: | $145.89 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $145.89 |

**PART 3:**　　　　　**POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**　　　　　**A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 20, 2021          Respectfully submitted,

         s/ Jack N. Zaharopoulos
         Standing Chapter 13 Trustee
         Suite A, 8125 Adams Drive
         Hummelstown, PA 17036
         Phone: (717) 566-6097
         Fax: (717) 566-8313
         eMail: info@pamd13trustee.com

Creditor Name:  MIDFIRST BANK
Court Claim Number:  10

```
CLM #    CHECK #     DATE         PRIN PAID    INT PAID    TOTAL DISB

5210     9004662     02/08/2018   $145.89      $0.00       $145.89
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

THOMAS J. COLLINS, JR.   Case No.: 5-16-03900-MJC
                         Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 20, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

PHILIP W. STOCK, ESQUIRE          SERVED ELECTRONICALLY
706 MONROE ST.
STROUDSBURG PA,   18360-

MIDFIRST BANK                     SERVED BY 1ST CLASS MAIL
BANKRUPTCY DEPT 999
NW GRAND BLVD #110
OKLAHOMA CITY, OK,   73118-6077

THOMAS J. COLLINS, JR.            SERVED BY 1ST CLASS MAIL
229 RIDGE DRIVE
MILFORD, PA  18337

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 20, 2021          s/   Liz Joyce
                                 Jack N. Zaharopoulos
                                 Standing Chapter 13 Trustee
                                 Suite A, 8125 Adams Drive
                                 Hummelstown, PA  17036
                                 Phone:  (717) 566-6097
                                 Fax:  (717) 566-8313
                                 eMail:  info@pamd13trustee.com