# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas J. Collins Jr. a/k/a Thomas J. Collins | BK NO. 16-03900 MJC |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST MORTGAGE and index same on the master mailing list.

                            Respectfully submitted,

                            /s/ Rebecca Solarz
                            Rebecca Solarz
                            10 Jan 2022, 15:13:50, EST

                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA  19106
                            215-627-1322