# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    THOMAS J. COLLINS, JR.                      Case No.: 5-16-03900-MJC

                                                                                     Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                   **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | ADMIRALS BANK |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | Ridge Drive - PRE-ARREARS - 1531 |
| Property Address if applicable: | 229 RIDGE DRIVE, , MILFORD, PA18337 |

**PART 2:**                   **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $109.71 |
| b. | Prepetition arrearages paid by the Trustee: | $109.71 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $109.71 |

**PART 3:**                   **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                   **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 1, 2022            Respectfully submitted,

                             s/ Jack N. Zaharopoulos
                             Standing Chapter 13 Trustee
                             Suite A, 8125 Adams Drive
                             Hummelstown, PA 17036
                             Phone: (717) 566-6097
                             Fax: (717) 566-8313
                             eMail: info@pamd13trustee.com

Creditor Name: ADMIRALS BANK  
Court Claim Number: 02

```
CLM #    CHECK #    DATE          PRIN PAID    INT PAID    TOTAL DISB
 5200    1179510    02/08/2018    $109.71      $0.00       $109.71
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

THOMAS J. COLLINS, JR.           Case No.: 5-16-03900-MJC
                                         Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| PHILIP W. STOCK, ESQUIRE<br>706 MONROE ST.<br>STROUDSBURG PA, 18360- | SERVED ELECTRONICALLY |
| ADMIRALS BANK<br>15 PARK ROW WEST<br>PROVIDENCE, RI, 02903 | SERVED BY 1ST CLASS MAIL |
| THOMAS J. COLLINS, JR.<br>229 RIDGE DRIVE<br>MILFORD, PA 18337 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 1, 2022           s/    Donna Schott
                                         Jack N. Zaharopoulos
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA 17036
                                         Phone: (717) 566-6097
                                         Fax: (717) 566-8313
                                         eMail: info@pamd13trustee.com