**Fill in this information to identify the case:**

Debtor 1    Thomas J. Collins, Jr. aka Thomas J. Collins

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of    PA
                                                                                   (State)

Case number    16-bk-03900-MJC

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** United Peoples Bank, National Association

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: __ _1_ _5_ _3_ _1_

**Property address:** 229 Ridge Drive
Number     Street

Milford, PA 18337
City     State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    03 / 01 / 2022
                                                                                           MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total**. Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    __ / __ / ____
                               MM / DD / YYYY

Debtor 1 ____Thomas J. Collins, Jr._____ Case number (*if known*) ____16-bk-03900-MJC_____
             First Name    Middle Name    Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/ Alicia Sandoval_____  Date __02__/__22__/__2022__
   Signature

Print    __Alicia Sandoval, Esquire_____ Title ____Attorney_____
          First Name    Middle Name    Last Name

Company   __Pincus Law Group, PLLC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   __425 RXR Plaza_____
        Number    Street

        __Uniondale, NY 11556_____
        City    State    ZIP Code

Contact phone (__516__) __699__ – __8902____ Email __asandoval@pincuslaw.com__

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 16-bk-03900-MJC |
| Thomas J. Collins, Jr. *aka* Thomas J. Collins | : |
| | : Chapter 13 |
|     Debtor | : |
| | : |
| Admirals Bank | : |
| | : |
|     Movant | : |
| vs. | : |
| | : |
| Thomas J. Collins, Jr. *aka* Thomas J. Collins | : |
| | : |
|     Debtor/Respondent | : |
| | : |
| Jack N Zaharopoulos | : |
|     Trustee/Respondent | : |

**CERTIFICATION OF SERVICE**

    I, Alicia Sandoval, Esquire certify that on February 22, 2022, I served true and correct copies of the Response to Notice of Final Cure on the following parties in the manner specified for each party below:

| | |
|---|---|
| Phillip W. Stock, Esq.<br>Via ECF<br>*Attorney for Debtor*<br><br>Jack N Zaharopoulos<br>Via ECF<br>*Trustee* | Thomas J. Collins, Jr.<br>229 Ridge Drive<br>Milford, PA 18337<br>Via First Class Mail<br> *Debtor* |

    Respectfully submitted,

**PINCUS LAW GROUP, PLLC**

By:    <u>/s/ Alicia Sandoval</u>
       Alicia Sandoval, Esquire
       425 RXR Plaza
       Uniondale, NY 11556
       Telephone: 516-699-8902
       Fax: 516-279-6990
       Email: asandoval@pincuslaw.com